UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AQUACRAFT, INC., a California Corporation, | Case No.: 10-CV-01728-LHK |
| Plaintiff, | |
| v. | ORDER EXTENDING DEADLINE FOR PRIVATE MEDIATION |
| SEACHEM LABORATORIES, INC., a Georgia Corporation, | |
| Defendant. | |

On December 2, 2010, counsel for Plaintiff and Counter-Defendant Aquacraft, Inc. submitted a letter stating that the parties require additional time to complete private mediation. The deadline previously set for completion of mediation was December 17, 2010. This case was reassigned to the undersigned on December 6, 2010.

Counsel for Aquacraft indicates that a mediation session is planned for January 12, 2011. Accordingly, the Court hereby extends the deadline for the parties to complete private mediation to **January 20, 2011**.

**IT IS SO ORDERED.**

Dated: January 5, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01728-LHK
ORDER EXTENDING DEADLINE FOR PRIVATE MEDIATION